# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY D. JUSTICE, II, )<br>　)<br>　Plaintiff, )<br>　)<br>　v. )<br>　)<br>DICERNA PHARMACEUTICALS INC., )<br>DOUGLAS M. FAMBROUGH III, J. KEVIN )<br>BUCHI, STEPHEN DOBERSTEIN, )<br>MARTIN FREED, PATRICK GRAY, )<br>STEPHEN J. HOFFMAN, ADAM M. )<br>KOPPEL, MARC KOZIN, and CYNTHIA )<br>SMITH, )<br>　)<br>　Defendants. ) | Case No. 2:21-cv-05340 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: December 20, 2021

**GRABAR LAW OFFICE**

By: *Joshua H. Grabar*
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*